Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GOLDEN, aka EDWIN GOLDIN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>D.K. SISTO,<br><br>　　　　Respondent. | Case No. CV 08-2085-AHM(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: APR - 1 2008

/s/ A. Howard Matz
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-2085.jud
3/31/08