Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GOLDEN, aka EDWIN GOLDIN, | ) Case No. CV 08-2085-AHM(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| D.K. SISTO, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: _APR - 1 2008_

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-2085.jud
3/31/08